**Copyrights-In-Suit for IP Address 68.101.189.154**

**ISP:** Cox Communications
**Location:** San Diego, CA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 09/14/2012 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 07/18/2012 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/24/2012 |
| Farewell | PA0001800473 | 08/03/2012 | 08/07/2012 | 08/05/2012 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 06/27/2012 |
| Kristen Girl Next Door | PA0001762076 | 08/25/2010 | 11/18/2011 | 10/07/2012 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 11/30/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/01/2013 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 07/25/2012 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 07/04/2012 |
| Sapphic Experience | PA0001793364 | 06/11/2012 | 06/14/2012 | 06/12/2012 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/01/2012 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 08/29/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/03/2012 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 01/05/2013 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 06/08/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  16**

EXHIBIT B